No. 321. E. E. McCalla Company et al. *v.* People of the State of California. Error to the District Court of Appeal, Second Appellate District, of the State of California. Argued March 10, 1925. Decided March 16, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. F. L. Guerena,* with whom *Mr. U. S. Webb* was on the brief, for defendant in error. *Mr. Samuel Herrick* for plaintiff in error, submitted.

———————

No. 356. Cattina Sala *v.* A. Crane et al. Error to the Supreme Court of the State of Idaho. Motion to dismiss submitted March 10, 1925. Decided March 16, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. John P. Gran* for defendants in error, in support of the motion to dismiss. *Messrs. C. C. Moore, Cyrus Drain* and *Dale D. Drain* for plaintiff in error, in opposition to the motion to dismiss.